IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CONSTANTINO ROBLES,** | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 3:14-CV-1306-M |
| | § |
| **ARCHER WESTERN CONTRACTORS, LLC,** | § |
| | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's motion for leave to amend, filed December 10, 2014 (doc. 48) is **GRANTED**. The Clerk's Office shall file the proposed amended complaint attached to Plaintiff's motion. Archer Western's motion to drop dispensable parties, filed October 6, 2014 (doc. 24), and Dallas Water Utilities' motion to dismiss, filed November 19, 2014 (doc. 38) are both **DENIED AS MOOT**. Plaintiff's motion for remand, filed October 27, 2014 (doc. 31) is **GRANTED**, and the case will be remanded to the state court by separate judgment.

**SIGNED** this 19th day of August, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS